**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lawrence W. BENSON, Defendant–
Appellant.**

**No. 07–2134.**

United States Court of Appeals,
Seventh Circuit.

Submitted April 3, 2009.

Decided Aug. 14, 2009.

Michelle L. Jacobs, Office of the United States Attorney, Milwaukee, WI, for Plaintiff–Appellee.

Nancy Joseph, Federal Defender Services of Eastern Wisconsin, Inc., Milwaukee, WI, for Defendant–Appellant.

Before KENNETH F. RIPPLE, Circuit Judge, DANIEL A. MANION, Circuit Judge, DIANE P. WOOD, Circuit Judge.

**ORDER**

The district court sentenced Lawrence Benson under the Armed Career Criminal Act, 18 U.S.C. § 924(e); one of the three crimes that predicated the enhancement was a 1984 juvenile adjudication for injury by negligent use of a dangerous weapon. On remand from the Supreme Court, the government concedes that, under *Begay v. United States,* —— U.S. ——, 128 S.Ct. 1581, 170 L.Ed.2d 490 (2008), and *United States v. Smith,* 544 F.3d 781, 786 (7th Cir.2008), a crime requiring the mental state of negligence is not a "violent felony" under the Act. Our independent analysis confirms this assessment. We therefore VACATE the sentence and REMAND for further proceedings in light of *Begay.*